ACCEPTED
03-14-00666-CR
3845789
THIRD COURT OF APPEALS
AUSTIN, TEXAS
1/21/2015 1:53:31 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00666-CR

| STATE OF TEXAS | § | IN THE COURT OF APPEALS |
| | § | |
| VS. | § | FOR THE THIRD JUDICIAL DISTRICT |
| | § | |
| NICHOLAS S. MORPHIS | § | AT AUSTIN, TEXAS |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
1/21/2015 1:53:31 PM
JEFFREY D. KYLE
Clerk

## VOLUNTARY MOTION TO DISMISS APPEAL

### TO THE HONORABLE JUSTICES OF SAID COURT:

Now comes Nicholas S. Morphis, Appellant in the above styled and numbered case, before the decision in this Court has been delivered, and respectfully moves this Court to withdraw appellant's notice of appeal and dismiss this appeal, pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure.[1]

Respectfully submitted,

Law Office of Alexander L. Calhoun
4301 W. William Cannon Dr., Ste. B-150 # 260
Austin, TX 78749
Tele: 512/420-8850
Fax: 512/233-5946
Cell: 512/731-3159
Email: alcalhoun@earthlink.net

By: _____
Alexander L. Calhoun
State Bar No. 00787187
Attorney for Nicholas Morphis

_____
Nicholas Morphis, Appellant

---

[1] Appellant submits the foregoing voluntary dismissal of appeal as part of his negotiated settlement in *State v. Morphis*, Cause No. 2013-142, in the 421st District Court of Caldwell County, Texas.

## CERTIFICATE OF SERVICE

This is to certify that on January 21, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, by facsimile transfer to 512/ 398 - 1814.

_____
Alexander L. Calhoun